Charles L. EKSTAM, Fuel Preporator International, Inc., and Ekstam Worldwide, Inc., Plaintiffs–Appellants,

v.

C. Brad EKSTAM, Diesel Performance Products, Inc., and C. Brad Ekstam (doing business as Diesel Performance Products Co.), Defendants–Appellees.

No. 2008–1043.

United States Court of Appeals, Federal Circuit.

July 14, 2008.

Michael J. Thomas, Harness, Dickey & Pierce, P.L.C., of St. Louis, MO, argued for plaintiffs-appellants. With him on the brief was Kara R. Yancey.

James J. Kernell, Erickson, Kernell, Derusseau & Kleypas, LLC, of Overland Park, KS, argued for defendants-appellees. With him on the brief were Lara L. McInerney and Michael Yakimo, Jr.

Before MICHEL, Chief Judge, LOURIE, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.